AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pechanga Band of Luiseño Mission Indians

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior, AND
Henry M. Paulson, Jr., Secretary of the Treasury

CASE NUMBER   1:06CV02206

JUDGE:  James Robertson

DECK TYPE:  Administrative Agency Rev

DATE STAMP:  12/26/2006

TO: (Name and address of Defendant)

Dirk Kempthorne
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 2 6 2006
CLERK                                DATE

_/s/ Maureen Higgins_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/28/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Steven D. Gordon | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):   US Postal Service (via certified mail) (see attachment)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | see attachment | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/19/07
             *Date*           *Signature of Server*

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TO:   Dirk Kempthorne
Secretary of the Interior
U.S. Department of Justice
1849 C Street, N.W.
Washington, D.C. 20240

SENDER: Steve Gordon

REFERENCE:

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.11 |
|---|---|---|
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | |
| | Total Postage & Fees | 5.36 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK  (DEC 28 2006, NATIONAL CAPITAL STATION, WASHINGTON, DC 20013)



2. Article Number: 7160 3901 9848 6004 5078

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): David J. Shaw
B. Date of Delivery: 1/3/07
C. Signature: X David J. Shaw   ☑ Agent  ☐ Addressee
D. Is delivery address different from Item 1? ☐ Yes ☐ No

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes
1. Article Addressed to:

Dirk Kempthorne
Secretary of the Interior
U.S. Department of Justice
1849 C Street, N.W.
Washington, D.C. 20240

PS Form 3811, July 2001       Domestic Return Receipt

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pechanga Band of Luiseño Mission Indians

SUMMONS IN A CIVIL CASE

V.

Dirk Kempthorne, Secretary of the Interior, AND
Henry M. Paulson, Jr., Secretary of the Treasury

CASE NUMBER   1:06CV02206

JUDGE: James Robertson

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

Henry M. Paulson, Jr.
Secretary of the treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                      DEC 26 2006
CLERK                                           DATE

_(signature)_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  12/28/06 |
| NAME OF SERVER (PRINT)  Steven D. Gordon | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  US Postal Service (via certified mail) (see attachment)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  see attachment | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/19/07
              *Date*              *Signature of Server*

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**TO:** Henry M. Paulson, Jr.
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

**SENDER:** Steve Gordon

**REFERENCE:**

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.11 |
|---|---|---|
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | |
| | Total Postage & Fees | 5.36 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



POSTMARK DEC 28 2006 NATIONAL CAPITAL STATION WASHINGTON, DC 20013



2. Article Number
7160 3901 9848 6004 5085

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:



COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Da[te]
C. Signature
X   JAN 4 - 2007
D. Is delivery address different from item 1?
If YES, enter delivery address below:

Henry M. Paulson, Jr.
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

PS Form 3811, July 2001          Domestic Return Receipt