IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF  )<br>LUISEÑO MISSION INDIANS, )<br>    )<br>    Plaintiff, )<br>    )<br>    v.   )<br>    )<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>    )<br>    Defendants. )<br>_____ ) | Case No. 06cv02206-JR |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT,
AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. P.) 6.1 and the local civil court rules, Defendants respectfully make this unopposed motion for enlargement of time, to and including May 4, 2007, within which to file their Answer or otherwise respond to the Complaint herein. This unopposed motion is Defendants' second such motion. The grounds for the motion are as follows:

1. Plaintiff filed this case on December 26, 2006. See Complaint, Doc. #1. Plaintiff's allegations in the case relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2. Under the Court's minute order dated March 21, 2007, Defendants are obligated to file their Answer or otherwise respond to the Complaint by April 4, 2007.

3. Since the filing of Plaintiff's lawsuit, counsel for the parties have been and continue to be discussing the possibility of resolving Plaintiff's issues and claims in this case through settlement discussions. Further, they have been and continue to be discussing the possibility of the parties engaging in informal requests for and productions of relevant or potentially relevant

documents and data that would enable or facilitate settlement discussions. Additionally, they have been and continue to be discussing the possibility of a temporary stay of litigation or extension of time, so as to enable or facilitate settlement discussions.

4.  As the Court is aware, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending against Defendants in this Court,[1] in the United States District Courts in Oklahoma,[2] and in the United States Court of Federal Claims.[3] Doc. #7. Given the number of cases, especially those in this Court, Defendants are of the view that it would be in the best interests of the Tribes in litigation and of Defendants to work together and, if possible, formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible. To that end, Defendants' counsel has been and continues to be working diligently with the United States Department of the Interior and the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff herein) and with the counsel for most of the Tribes in the cases, to determine the feasibility of developing a joint cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.

---

[1] There are currently 37 Tribal trust cases, including this case, in this Court. Doc. #7. Unlike Plaintiff, most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id.

[2] There are currently nine Tribal trust cases in the United States District Courts in Oklahoma. Doc. #7. Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id.

[3] There are currently 57 Tribal trust cases in the Court of Federal Claims (CFC). Doc. #7. Plaintiff did not file a case in the CFC.

5.     In this case, Plaintiff and Defendants have been and continue to be conferring about the possibility of such a cooperative approach for resolving Plaintiff's issues and claims. Based on the discussions between counsel for the parties, Defendants understand that Plaintiff has been and continues to be evaluating whether and how it would like to explore the possibility of settlement, among other matters, and that Plaintiff needs additional time to complete its evaluation and determination. Also, the parties agree that, upon the completion of Plaintiff's evaluation and determination, the parties need additional time to discuss; determine whether and how to develop a process for obtaining relevant or potentially relevant documents so as to advance the case and for exploring potential settlement of some or all of Plaintiff's issues and claims; and implement that process. The parties believe that they may be able to determine shortly whether and how to address Plaintiff's issues and claims in this case and to so inform the Court.

6.     Among other things, Defendants have been and continue to be working diligently on preparing a response to the Complaint in this case. Defendants need more time in order to complete their work, however. Specifically, as to their Answer or response to the Complaint, Defendants need an adequate opportunity to submit the draft document for review and comment by the appropriate officials and personnel at the Departments of Justice, the Interior, and the Treasury, incorporate or address any comments, and finalize and file the document.

7.     Based on the foregoing, Defendants respectfully request that the Court grant their unopposed motion to enlarge the current deadline for filing their Answer or otherwise responding to the Complaint, from April 4, 2007, to May 4, 2007.

8.     Undersigned Defendants' counsel conferred by telephone and e-mail with Plaintiff's counsel, Stephen J. McHugh, on March 29, March 30, and April 3, 2007, about this motion, and, on

April 3, Mr. McHugh authorized undersigned counsel to state that Plaintiff does not oppose the granting of the motion.

9.   The granting of this unopposed motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, Defendants request that their unopposed motion be GRANTED.

Respectfully submitted this 3rd day of April, 2007,

        MATTHEW McKEOWN
        Acting Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG, FL Bar #798193
        MARTIN J. LALONDE, IL Bar #6218249
        United States Department of Justice
        Environment and Natural Resources Division
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Fax: (202) 353-2021

        Attorneys for Defendant

        OF COUNSEL:

        ELISABETH C. BRANDON
        United States Department of the Interior
        Office of the Solicitor
        Washington, D.C.  20240

        RACHEL HOWARD
        United States Department of the Treasury
        Financial Management Service
        Office of the Chief Counsel
        Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT and [PROPOSED] ORDER was served on April 3, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Steven D. Gordon
Lynn E. Calkins
Stephen J. McHugh
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, D.C. 20006-6801
Fax: (202) 955-5564

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PECHANGA BAND OF <br> LUISEÑO MISSION INDIANS, | ) <br> ) <br> ) |  |
| Plaintiff, | ) <br> ) |  |
| v. | ) <br> ) | Case No. 06cv02206-JR |
| DIRK KEMPTHORNE, <br> Secretary of the Interior, et al., | ) <br> ) <br> ) |  |
| Defendants. | ) <br> ) |  |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' second unopposed motion for enlargement of time within which to file their Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1. Defendants' second unopposed motion should be and hereby is GRANTED; and

2. Defendants shall have to and including May 4, 2007, to file their Answer or otherwise respond to the Complaint.

SO ORDERED.

_____     _____
DATE                                                          HON. JAMES ROBERTSON
                                                                      United States District Court