IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF<br>LUISEÑO MISSION INDIANS,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 06cv02206-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' THIRD UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO
FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT,
AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. P.) 6.1 and Local Civil Rule (LCvR) 7.1, Defendants respectfully make this unopposed motion for enlargement of time, to and including June 4, 2007, within which to file their Answer or otherwise respond to the Complaint herein. This unopposed motion is Defendants' third such motion. The grounds for the motion are as follows:

1. Plaintiff filed this case on December 26, 2006. See Complaint, Doc. #1. Plaintiff's allegations in the case relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2. Under the Court's minute order dated April 4, 2007, Defendants are obligated to file their Answer or otherwise respond to the Complaint by May 4, 2007.

3. Since the filing of Plaintiff's lawsuit, counsel for the parties have been and continue to be contemplating and discussing the possibility of resolving Plaintiff's issues and claims in this case through settlement discussions and undertaking various efforts, including informal document

and data exchanges, to advance those discussions. Additionally, they have been and continue to be discussing the possibility of a temporary stay of litigation or extension of litigation deadlines in this case, so as to enable or facilitate their discussions.

4. Based on the discussions between counsel for the parties, Defendants understand that Plaintiff has been and continues to be evaluating whether and how it would like to explore the possibility of settlement, among other matters, and that Plaintiff needs additional time to complete its evaluation and make a determination. Also, the parties agree that, after Plaintiff's determination, the parties will need additional time to discuss; if appropriate, determine whether and how to develop a process for obtaining relevant or potentially relevant documents so as to advance the case and for exploring potential settlement of some or all of Plaintiff's issues and claims; and, if also appropriate, implement that process. Based on the discussions between counsel, Defendants understand that Plaintiff may be able to determine and inform Defendants shortly whether and how Plaintiff would like to proceed, in which case the parties will be able to confer further, make decisions, and inform the Court of their plans, as appropriate.

5. Among other things, Defendants have been and continue to be working diligently on preparing an Answer or response to the Complaint in this case. Defendants need additional time to complete the review process of the draft document by the appropriate officials and personnel at the Departments of Justice, the Interior, and the Treasury; incorporate or address any remaining comments; and finalize the document for filing.

6. Based on the foregoing, Defendants respectfully request that the Court grant their unopposed motion to enlarge the current deadline for filing their Answer or otherwise responding to the Complaint, from May 4, 2007, to June 4, 2007.

7.     Undersigned Defendants' counsel conferred by telephone and e-mail with Plaintiff's counsel, Stephen J. McHugh, about this motion. On May 3, 2007, Mr. McHugh authorized undersigned counsel in writing to state that Plaintiff does not oppose the granting of the motion.

8.     The granting of this unopposed motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, Defendants request that their unopposed motion be GRANTED.

Respectfully submitted this 4th day of May, 2007,

MATTHEW J. McKEOWN
Acting Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
JENNIFER L. ALLAIRE, NJ Bar #4419-2002
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service

Office of the Chief Counsel
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT and [PROPOSED] ORDER was served on May 4, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Steven D. Gordon
Lynn E. Calkins
Stephen J. McHugh
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, D.C. 20006-6801
Fax: (202) 955-5564

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PECHANGA BAND OF <br> LUISEÑO MISSION INDIANS, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 06cv02206-JR |
| DIRK KEMPTHORNE, <br> Secretary of the Interior, et al., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

## **[PROPOSED] ORDER**

This matter is before the Court on Defendants' third unopposed motion for enlargement of time within which to file their Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1. Defendants' unopposed motion should be and hereby is GRANTED; and

2. Defendants shall have to and including June 4, 2007, to file their Answer or otherwise respond to the Complaint.

SO ORDERED.

_____  _____
DATE                                                    HON. JAMES ROBERTSON
                                                                United States District Court