IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF LUISEÑO<br>MISSION INDIANS,<br><br>      Plaintiff,<br><br>      v.<br><br>DIRK KEMPTHORNE,<br>SECRETARY OF THE INTERIOR, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 06cv02206-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND THE DATE FOR FILING**
**COURT-ORDERED STATUS REPORT**

Plaintiff, by counsel, respectfully moves the Court to extend until February 11, 2008, the date by which it must file a status report in response to this Court's order of December 19, 2007. In support of this motion, Plaintiff submits the following points:

1. The Court has on its docket 37 suits filed by Indian tribes, including this one, which raise accounting and/or mismanagement claims regarding assets and funds held in trust by the United States ("Tribal Trust Cases"). Pursuant to Fed.R.Civ.P. 42(a), the Court consolidated these cases for the limited purpose of resolving a remand motion filed by the Government.

2. On December 19, 2007, this Court denied the Government's remand motion and directed each plaintiff tribe, group of tribes, or putative class of tribes to submit a status report "setting forth proposals for further proceedings and a proposed schedule."

3. On January 18, 2008 this Court granted Plaintiff's Unopposed Motion To Extend The Date For Filing Court-Ordered Status Report [Dkt. 22].

4. Unanticipated developments make it necessary to obtain an additional one (1) week extension to file the Court-ordered status report.

5  On or about January 23, 2008 counsel for the Plaintiff contacted counsel for the Government to inquire whether the Government would object to this Motion to extend the date for the filing of the Plaintiff's Status Report to February 11, 2008.

4. Counsel for the Government has confirmed that the Government does not object to Plaintiff's filing the Status Report on or before February 11, 2008.

5. The requested extension will provide Plaintiff's counsel with the opportunity to confer further with their client and to provide a meaningful status report consistent with this Court's December 19, 2007 Order.

WHEREFORE, Plaintiff respectfully requests that this unopposed motion be GRANTED.

Dated: January 25, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Steven D. Gordon
Steven D. Gordon
District of Columbia Bar No. 219287
Lynn E. Calkins
District of Columbia Bar No. 445854
Stephen J. McHugh
District of Columbia Bar No. 485148
Holland & Knight L.L.P.
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

*Counsel for Plaintiff Pechanga Band of Luiseño Mission Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on, January 25, 2008, I electronically transmitted the foregoing Plaintiff's SECOND UNOPPOSED MOTION TO EXTEND THE DATE FOR FILING COURT-ORDERED STATUS REPORT to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5081273_v1

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF LUISEÑO MISSION INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et al.,<br><br>Defendants. | Case No. 06cv02206-JR |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's second unopposed motion for enlargement of time within which to file the status report that was ordered by this Court on December 19, 2007. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1.  Plaintiff's unopposed motion should be and hereby is GRANTED; and

2.  Plaintiff shall have to and including February 11, 2008, to file its status report.

_____
DATE

_____
HON. JAMES ROBERTSON
United States District Judge

# 5070462_v1