IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| PECHANGA BAND OF | ) |
| LUISEÑO MISSION INDIANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 06-cv-02206-JR |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |

_____)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure and the local civil court rules,

Defendants hereby respectfully make this unopposed motion for extension of time, to and until

March 14, 2008, to file their Answer or otherwise respond to the First Amended Complaint.  The

current filing deadline for the Answer is February 25, 2008.  This motion is Defendants' first

such motion.

The grounds for this unopposed motion are as follows:

1.      Pechanga Band of Luiseño Mission Indians ("Plaintiff") filed this case on

December 26, 2006 (Dkt. No. 1).

2.      After granting several extensions of time for Defendants to file their Answer or

otherwise respond to the Complaint, the Court stayed the case and directed on July 2, 2007, that

Defendants file a motion for remand or otherwise be deemed to have waived their remand

argument (Dkt. No. 11).

3.      Defendants filed a remand motion on August 11, 2007 (Dkt. No. 16), to which

Plaintiff was opposed.

4.      On December 19, 2007, the Court denied Defendants' motion and ordered Plaintiff to file a status report (Dkt. No. 20).  After two extensions of time, Plaintiff filed the requested status report on February 11, 2008 (Dkt. No. 24), and filed its First Amended Complaint on February 12, 2008 (Dkt. No. 25).

5.      The First Amended Complaint adds new claims for injunctive and declaratory relief for the alleged violation of an alleged duty to manage investments in a manner that maximizes the "total return" of both capital gain and income.  See First Am. Compl. ¶ 36.

6.      Under Fed. R. Civ. P. 15, Defendants have ten days, or to and including February 25, 2008, to answer or otherwise respond to the First Amended Complaint.

7.      Counsel for the parties held a conference call on February 21, 2008, to discuss the First Amended Complaint.  At that time, Plaintiff's counsel stated that Plaintiff intends to litigate the new investment returns-related claims, while the parties continue their settlement discussions on the trust accounting-related claims.

8.      Defendants need adequate time to review and confer about the factual and legal allegations in the First Amended Complaint, as well as to prepare a response thereto.  In addition, Defendants need sufficient time to submit their draft response for review and comment by the appropriate employees and officials at the United States Departments of Justice, the Interior, and the Treasury.

9.      Defendants' counsel conferred with Plaintiff's counsel about this motion on February 21, 2008.  Plaintiff's counsel stated that Plaintiff does not oppose this motion.

Wherefore, Defendants respectfully request that their unopposed motion be GRANTED.

-2-

Respectfully submitted this 21st day of February, 2008.

RONALD J. TENPAS
Assistant Attorney General

_/s/ Kristofor R. Swanson_
KRISTOFOR R. SWANSON, CO #39378
kristofor.swanson@usdoj.gov
ANTHONY P. HOANG, FL #798193
anthony.hoang@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0248
Tel: (202) 305-0241
Fax: (202) 353-2021

*Attorneys for Defendants*

OF COUNSEL:

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C.  20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, Federal Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to First Amended Complaint was filed with the United States District Court for the District of Columbia's electronic filing system, to which the following attorneys are registered to be noticed:

Steven D. Gordon
sgordon@hklaw.com

_/s/ Kristofor R. Swanson_
Kristofor R. Swanson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PECHANGA BAND OF                      )
LUISEÑO MISSION INDIANS,              )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )        Case No. 06-cv-02206-JR
                                      )
DIRK KEMPTHORNE,                      )
Secretary of the Interior, et al.,    )
                                      )
        Defendants.                   )
_____)

**[PROPOSED] ORDER**

Federal Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise

Respond to First Amended Complaint is hereby GRANTED.  Federal Defendants' will answer

or otherwise respond to the First Amended Complaint on or before March 14, 2008.


Date:_____


                                      _____
                                      United States District Judge