U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pechanga Band of Luiseno Mission Indians

vs.

Dirk Kempthorne, Secretary of the Interior, et al.

No. 1:06-CV-2206

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons and First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:15 am on February 19, 2008, I served Ross Swimmer, Special Trustee for American Indians at 1849 C Street, NW, Washington, DC 20240 by serving Meleanie Lowery, Executive Trustee, authorized to accept. Described herein:

```
    SEX-   FEMALE
    AGE-   48
 HEIGHT-   5'0"
   HAIR-   BLACK
 WEIGHT-   145
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 2-21-08
            Date

THOMAS C. PARKS
1827 18th Street, NW
Washington, DC 20009
Our File#- 201876

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PECHANGA BAND OF LUISENO
MISSION INDIANS
P.O. Box 1477
Temecula, CA 92593
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE,
SECRETARY OF THE INTERIOR
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

HENRY M. PAULSON, JR.,
SECRETARY OF THE TREASURY
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

CASE NUMBER: 1:06-cv-2206

ROSS SWIMMER
SPECIAL TRUSTEE FOR AMERICAN INDIANS
1849 C Street, N.W.
Washington, DC 20240
    Defendants.

TO: (Name and address of Defendant)

Ross Swimmer
Special Trustee for American Indians
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

FEB 14 2008

CLERK _(signature) Laura Chipley_

(By) DEPUTY CLERK      DATE