**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PECHANGA BAND OF LUISEÑO MISSION :
INDIANS,                          :
                                  :
        Plaintiff,                :
                                  :
   v.                             : Civil Action No. 06-2206 (JR)
                                  :
DIRK KEMPTHORNE, Secretary of     :
the Interior, *et al.*,           :
                                  :
        Defendants.               :

## ORDER

Upon review of plaintiff's status report filed 2/11/08, and in the absence of a response from the government, it is **ORDERED** that proceedings in this case are **stayed** pending further order of the Court, except that the Court expects a status report from one or both of the parties no later than 10/13/08.


                                    JAMES ROBERTSON
                              United States District Judge