IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF LUISEÑO MISSION INDIANS, </br></br> Plaintiff, </br></br> v. </br></br> DIRK KEMPTHORNE, SECRETARY OF THE INTERIOR, et al. </br></br> Defendants. | Case No. 06cv02206-JR |

**PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE**

Contemporaneously with the filing of its Court-Ordered Status Report [Dkt. 26] on February 11, 2008, plaintiff Pechanga Band of Luiseno Mission Indians ("Pechanga") filed its First Amended Complaint [Dkt. 27] ("Amended Complaint") and added two claims and an additional defendant, Ross Swimmer, the Special Trustee for American Indians. Pechanga's new claims challenge the Defendants' ongoing investment practices with respect to funds held in trust for Pechanga. Specifically, Pechanga seeks a declaratory judgment (Count III) and injunctive relief (Count IV) "requiring the Defendants to manage and invest Pechanga's trust fund monies so as to maximize the total return on investment as required by law[.]" Amended Complaint ¶ 64.

As Pechanga noted in its Status Report, these two new claims are distinct from its original claims seeking an accounting and ought to be handled separately from the accounting claims and on a faster track. Pechanga proposed that further proceedings <u>on the accounting issues</u> be stayed until further order of the Court but did not propose the same approach for the new claims.

1

Pechanga did not request an immediate status conference on the new claims because counsel wanted to first confer with counsel for the Defendant about discovery and scheduling. The parties have since conferred about those issues but no agreement has been reached.

The Court's Order of April 11, 2008 [Dkt. 29] stays all proceedings in this case pending further order of the Court, except that a status report from one or both parties is to be filed within six months, by 10/13/08. In Pechanga's view, this approach makes sense with respect to the accounting claims but will needlessly delay resolution of the new claims to Pechanga's detriment.

Accordingly, Pechanga respectfully requests that the Court schedule a status conference at its earliest convenience to address the new claims and relevant issues such as discovery and case scheduling.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

By:  /s/ Steven D. Gordon
      Steven D. Gordon
      District of Columbia Bar No. 219287
      Lynn E. Calkins
      District of Columbia Bar No. 445854
      Stephen J. McHugh
      District of Columbia Bar No. 485148
      Holland & Knight L.L.P.
      2099 Pennsylvania Ave. NW, Suite 100
      Washington, D.C. 20006
      202-955-3000 (phone)
      202-955-5564 (fax)

      *Counsel for Plaintiff Pechanga Band of Luiseno Mission Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on, April 14, 2008, I electronically transmitted the foregoing PLAINTIFF'S STATUS REPORT to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5265796_v1