# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PECHANGA BAND OF LUISENO MISSION INDIANS, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:06-cv-02206-JR |
| v. ) ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please take notice that Barry A. Weiner, an attorney with the United States Department of Justice, Environment & Natural Resources Division, hereby enters his appearance in this case as co-counsel on behalf of the Defendants, Dirk Kempthorne, in his official capacity as Secretary of the Interior, Henry M. Paulson, Jr., in his official capacity as Secretary of the Treasury, and Ross Swimmer, in his official capacity as Special Trustee for American Indians.  Mr. Weiner is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF.  If necessary, notice, orders, or other papers may alternatively be sent to Mr. Weiner as indicated below.  Service of all further pleadings, documents, or other papers should also continue to be made upon Anthony P. Hoang and Kristofor R. Swanson, co-counsel for Defendants.

Service of all papers by U.S. Mail should be addressed as follows:

    Barry A. Weiner
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    Ben Franklin Station
    P.O. Box 663

Washington, D.C. 20044-0663
(202) 305-0469

Express deliveries (Federal Express, courier etc.) should be addressed to:

Barry A. Weiner
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street, N.W., Room 3528
Washington, D.C. 20004

Facsimiles may be transmitted to the undersigned at (202) 305-0274.

Respectfully submitted this 14th day of May 2008,

> RONALD J. TENPAS
> Assistant Attorney General
>
> /s Barry A. Weiner
> BARRY A. WEINER
> (NY Bar #2739894, NJ Bar #01948-1994)
> Trial Attorney
> Natural Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone:    202-305-0469
> Fax:          202-305-0274
> Email:        Barry.Weiner@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of May, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic case filing (ECF) system.

Steven D. Gordon  
HOLLAND & KNIGHT LLP  
2099 Pennsylvania Avenue, NW  
Suite 100  
Washington, D.C. 20006-6801  
Telephone: (202) 457-7038  
Fax:   (202) 955-5564  
Email:  steven.gordon@hklaw.com

            /s Barry A. Weiner  
            BARRY A. WEINER