IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PECHANGA BAND OF LUISEÑO )
MISSION INDIANS, )
 )
      Plaintiff, )
 )
  v. ) Case No. 06cv02206-JR
 )
DIRK KEMPTHORNE, )
SECRETARY OF THE INTERIOR, et al. )
 )
      Defendants. )
_____)

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION
TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

    Plaintiff Pechanga Band of Luiseno Mission Indians ("Pechanga") respectfully opposes Defendants' motion to dismiss the accounting claims in this case and files this brief as a supplement to Plaintiffs' Principal Brief in Opposition to Defendants' Motion to Dismiss.

    In this case, Pechanga seeks declaratory and injunctive relief requiring the United States to provide it with an accounting. In addition, Pechanga seeks declaratory and injunctive relief to require that the Government henceforth (1) employ an active, total return approach in managing and investing Pechanga's trust fund monies, (2) provide Pechanga with accurate and timely reports on a regular basis regarding all collections, disbursements, investments, and return on investments related to Pechanga's trust accounts, and (3) establish appropriate policies, procedures, and necessary systems to accomplish these responsibilities. Defendants seek to dismiss the accounting claims.

    Defendants mischaracterize Pechanga's accounting claims as a "thinly veiled" effort to obtain monetary relief or a restatement of trust accounts. Defendant's Memorandum of Points

1

and Authorities in Support of Defendants' Partial Motion to Dismiss at 39. Defendants assert, for example:

> All of the Complaints in these Tribal trust accounting cases allege breaches of trust and breaches of fiduciary duty by Defendants. Further, they seek, in some fashion to have this Court . . . adjust Plaintiffs' trust account balances to remedy any shortfall.

*Id.* at 43. Defendants argue that "[t]his Court is without jurisdiction to entertain Plaintiffs' claims, because the claims are but a transparent attempt to have this Court provide an impermissible monetary award." *Id.* at 37. These hyperbolic assertions are simply not true.

Defendants acknowledge, as they must, that Pechanga's complaint "do[es] not expressly seek monetary relief[.]" *Id.* at 38, n. 20. But Defendants disregard Pechanga's status report which stated clearly and categorically that "Pechanga does not seek to recover any damages or monetary relief in this Court." Plaintiff's Status Report at 3 [Dkt. 24] (emphasis added). Pechanga says what it means and means what it says. There is no basis for Defendants to contend otherwise, much less to seek dismissal of Pechanga's accounting claims by deliberately mischaracterizing them.

WHEREFORE, it is respectfully submitted that Defendant's partial motion to dismiss should be denied.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Steven D. Gordon
    Steven D. Gordon
    District of Columbia Bar No. 219287
    Lynn E. Calkins
    District of Columbia Bar No. 445854
    Stephen J. McHugh
    District of Columbia Bar No. 485148
    Holland & Knight L.L.P.
    2099 Pennsylvania Ave. NW, Suite 100
    Washington, D.C. 20006
    202-955-3000 (phone)
    202-955-5564 (fax)

*Counsel for Plaintiff Pechanga Band of Luiseno Mission Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on, July 16, 2008, I electronically transmitted the foregoing PLAINTIFF'S STATUS REPORT to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5478017_v1