UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Pechanga Band of Luiseno Mission Indians v. Kempthorne, et al. | : | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes v. Kempthorne, et al. | : | Civil Action No. 06-2212 (JR) |
| Tohono O'Odham Nation v. Kempthorne, et al. | : | Civil Action No. 06-2236 (JR) |
| Nez Perce Tribe, et al. v. Kempthorne, et al. | : | Civil Action No. 06-2239 (JR) |
| Passamaquoddy Tribe of Maine v. Kempthorne, et al. | : | Civil Action No. 06-2240 (JR) |
| Salt River Pima-Maricopa Indian Community v. Kempthorne, et al. | : | Civil Action No. 06-2241 (JR) |
| Ak-Chin Indian Community v. Kempthorne, et al. | : | Civil Action No. 06-2245 (JR) |

**ORDER**

The oral arguments now set for 10 o'clock on 7/24/08 will address

- The government's motion to dismiss cases numbered 03-1603, 06-2206, 06-2212, 06-2236, 06-2239, 06-2240, 06-2241 and 06-2245;
- The Nez Perce Tribe's motion for class certification and for approval of class notice; and
- The Ak-Chin Indian Community's motion (joined by other plaintiff tribes) for entry of trust records preservation order.

Motions to be heard on the motion to dismiss have now been filed, pursuant to my direction in case number 06-2239 [#37] by Keith Harper, Esq., on behalf of the Ak-Chin Indian Community

(06-2245), the Passamaquoddy Tribe of Maine (06-2240), the Salt River Pima-Maricopa Indian Community (06-2241), and the Tohono O'Odham Nation (06-2236), and by Steven D. Gordon, Esq., on behalf of the Colorado River Indian Tribes (06-2212) and the Pechanga Band of Luiseno Mission Indians (06-2206).  Those motions are **granted**.

      The motion to dismiss will be heard first.  The government will have 30 minutes, including time for rebuttal.  Plaintiffs will have 40 minutes and must apportion their time by agreement among themselves.  (The Court assumes that, in addition to Messrs. Harper and Gordon, one representative of the Nez Perce Tribe will argue.)  Each side will have 20 minutes to argue the class certification motion and 10 minutes to argue the trust records preservation motion.

                                                JAMES ROBERTSON
                                United States District Judge