IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF<br>LUISEÑO MISSION INDIANS,<br><br>        Plaintiff,<br><br>        v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, <u>et al.</u>,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)     Case No. 06-cv-02206-JR<br>)<br>)<br>)<br>)<br>)<br>) |

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO
FILE THE ADMINISTRATIVE RECORD AND INDEX TO THE
ADMINISTRATIVE RECORD UNDER SEAL**

---

        Pursuant to Local Civil Rule 5.1(j), Defendants Dirk Kempthorne, Secretary of the

Interior, Ross Swimmer, Special Trustee for American Indians, and Henry M. Paulson, Jr.,

Secretary of the Treasury (collectively, "Defendants") hereby seek leave to file the

administrative record and the index to the administrative record in this matter under seal.

        In this action, Plaintiff has challenged the manner in which Defendants have performed

alleged accounting obligations and invested Plaintiff's trust funds.  <u>See</u> Plaintiff's First Amended

Complaint, Docket ("Dckt.") No. 28, at ¶¶ 48-64.  As the Complaint reflects, the basis, in part,

for this Court's jurisdiction is the Administrative Procedure Act ("APA") and judicial review of

Plaintiff's claims should be based on the administrative record for the Government's actions in

managing Plaintiff's trust funds.  <u>Id</u>. at ¶6.  In accordance with the Court's May 22 Minute

Order, Defendants intend to file the administrative record on August 15, 2008 and now seek

leave to file the record under seal.  The administrative record contains information regarding

Plaintiff's trust funds and may include confidential and proprietary information that should not be disclosed to the general public.  In order to ensure that such information is properly protected from inadvertent disclosure, Defendants wish to file the record under seal in order to provide Plaintiff and its counsel an opportunity to review the administrative record and identify any documentation that should remain confidential.  In addition, before the record is made available to the public, Defendants want to ensure that confidential and proprietary information from other Tribes also is not disclosed by the filing of this administrative record.  Defendants' counsel has conferred with Plaintiff's counsel who has advised that Plaintiff does not oppose this motion.

Defendants anticipate that Plaintiff will review the record and then the parties will confer on whether any documents in the administrative record should remain under seal.  Defendants will then notify the Court and seek leave to unseal the entire record or those portions that do not contain confidential and/or proprietary information belonging to Plaintiff or any other Tribe.  Defendants submit that no prejudice will befall either party if this motion is granted and it will serve the interests of both parties by ensuring confidential and proprietary information is not disclosed to the public without appropriate consideration and, if necessary, waiver of any privilege by Plaintiff.

For the foregoing reasons, Defendants respectfully request that the Court granted this Unopposed Motion for Leave to File the Administrative Record and Index to the Administrative Record Under Seal.

Respectfully submitted this 15th day of August, 2008,

> RONALD J. TENPAS
> Assistant Attorney General
>
> */s/ Barry A. Weiner*

- 2 -

BARRY WEINER
NY Bar #2739894, NJ Bar #01948-1994
barry.weiner@usdoj.gov
KRISTOFOR R. SWANSON
CO Bar #39378
kristofor.swanson@usdoj.gov
ANTHONY P. HOANG
FL Bar #798193
anthony.hoang@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0248
Tel: (202) 305-0469
Tel: (202) 305-0241
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

ELISABETH C. BRANDON
JOSHUA EDELSTEIN
United States Department of the Interior
Office of the Solicitor
Washington, D.C.  20240

TERESA E. DAWSON
THOMAS KEARNS
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C.  20227

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2008, a copy of the Defendants' Unopposed Motion for Leave to File the Administrative Record and Index to the Administrative Record Under Seal and a proposed Order were filed with the United States District Court for the District of Columbia's electronic filing system, to which the following attorney is registered to be noticed:

Steven D. Gordon
sgordon@hklaw.com

_/s/ Barry A. Weiner_
Barry A. Weiner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PECHANGA BAND OF                    )
LUISEÑO MISSION INDIANS,            )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )        Case No. 06-cv-02206-JR
                                    )
DIRK KEMPTHORNE,                    )
Secretary of the Interior, et al.,  )
                                    )
        Defendants.                 )
_____)

**ORDER**

Upon consideration of the Federal Defendants' Unopposed Motion for Leave to File the

Administrative Record and Index to the Administrative Record Under Seal and the reasons

provided therein,

It is hereby ORDERED that the Defendants' motion is GRANTED and the

Administrative Record and Index to the Administrative Record shall remain Under Seal until

further notice from the Court.


ENTERED this _____ day of _____, 2008


                                        _____
                                        JAMES ROBERTSON
                                        United States District Judge