IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF <br> LUISEÑO MISSION INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, <br> Secretary of the Interior, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-cv-02206-JR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' NOTICE OF LODGING
OF THE ADMINISTRATIVE RECORD**

Defendants Dirk Kempthorne, Secretary of the Interior, Ross Swimmer, Special Trustee for American Indians, and Henry M. Paulson, Jr., Secretary of the Treasury (collectively, "Defendants") hereby lodge the Administrative Record and the index to the Administrative Record in the above-referenced matter under seal. A motion for leave to file the administrative record and index under seal has been filed concurrently with this Notice fo Lodging. In addition, the Administrative Record is accompanied by the certifying declaration of Charles H. Evans, Chief, Division of Trust Funds Investments, Office of the Special Trustee for American Indians. A copy of this certification is attached hereto as an Exhibit.

Respectfully submitted this 15th day of August, 2008,

    RONALD J. TENPAS
    Assistant Attorney General

    */s/ Barry A. Weiner*
    BARRY WEINER
    NY Bar #2739894, NJ Bar #01948-1994
    barry.weiner@usdoj.gov
    KRISTOFOR R. SWANSON
    CO Bar #39378
    kristofor.swanson@usdoj.gov
    ANTHONY P. HOANG
    FL Bar #798193
    anthony.hoang@usdoj.gov
    United States Department of Justice
    Environment and Natural Resources
    Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.  20044-0663
    Tel: (202) 305-0248
    Tel: (202) 305-0469
    Tel: (202) 305-0241
    Fax: (202) 353-2021

    Attorneys for Defendants

OF COUNSEL:

ELISABETH C. BRANDON
JOSHUA EDELSTEIN
United States Department of the Interior
Office of the Solicitor
Washington, D.C.  20240

TERESA E. DAWSON
THOMAS KEARNS
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C.  20227

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2008, Defendants' Notice of Lodging of the Administrative Record was filed with the United States District Court for the District of Columbia's electronic filing system, to which the following attorneys are registered to be noticed:

    Steven D. Gordon
    sgordon@hklaw.com

                                                */s/ Barry A. Weiner*
                                                Barry A. Weiner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PECHANGA BAND OF LUISEÑO MISSION INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE<br>Secretary of the Interior, et al.,<br><br>    Defendants. | Case No. 06-cv-02206-JR<br><br>**CERTIFICATION OF THE ADMINISTRATIVE RECORD** |

I, Charles H. Evans, make the following declaration:

1. I am employed by the United States Department of the Interior, Office of the Special Trustee for American Indians, in Albuquerque, New Mexico, as the Chief, Division of Trust Funds Investments. I am responsible for ensuring that the administrative record in this matter was properly compiled.

2. I have reviewed the administrative record and the index to that record. Defendants have filed the record and index under seal in this case on this day. I hereby certify that, to the best of my knowledge, the filed record and associated index are true and accurate record and index of the administrative record of the Department of Interior's investment management of Plaintiff's judgment fund account pursuant to the Secretary of the Interior's statutory and regulatory authority.

3. As shown in the index, the administrative record includes annual and monthly statements relating to Plaintiff's judgment award account, which were generated by the Interior Department's Trust Fund Accounting System (TFAS). The annual TFAS reports contain, among other data, most of the financial and transactional information that would appear

in a given year's monthly statements. In addition to the monthly TFAS statements currently in the record, OST has been and is continuing to search for and compile any additional statements from its archived electronic data and, if appropriate, will submit a supplement to the administrative record.

4. I swear under penalty of perjury that the foregoing information is true, accurate and complete.

Dated this 14th day of August, 2008

_____
Charles H. Evans
Chief, Division of Trust Funds Investments
Department of the Interior
Office of the Special Trustee for American Indians