**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PECHANGA BAND OF LUISEÑO MISSION : 
INDIANS, :
 :
    Plaintiff, :
 :
  v. : Civil Action No. 06-2206 (JR)
 :
DIRK KEMPTHORNE, Secretary of :
the Interior, *et al.*, :
 :
    Defendants. :

### ORDER

No response having been timely filed to defendants' motion to dismiss counts III and IV of plaintiff's amended complaint, the motion [43] is **granted as conceded.**

                                        JAMES ROBERTSON
                         United States District Judge